| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all similarly situated persons,<br><br>              Plaintiff<br>vs<br>NEW JERSEY DEPARTMENT OF CORRECTIONS, MARCUS O. HICKS, individually and in his official capacity, et al.,<br>              Defendant | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case Number<br>1:19-CV-18597-RMB-KMW |

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Person to be served** (Name & Address):
John Powell, Administrator of South Woods State Prison |
215 S. Burlington Road, Bridgeton, NJ 08302

**Attorney:** Soloman M. Radner
Excolo Law, PLLC
26700 Lahser Road - Suite 401 Southfield, MI 48033

**Papers Served:** Summons In A Civil Case; Class Action Complaint, Jury Trial Demanded

Cost of Service pursuant to R. 4:4-3 (c)

$ _____

**Service Data:**
Served Successfully __X__   Not Served _____   Date: __11/6/2019__   Time: __2:50 PM__

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

**Luz M. Torres / Executive Assistant**
**Rule 4:4-4(a)(6)**

**Actual Place of Service:** 215 S. Burlington Road, Bridgeton, NJ 08302

**Description of Person Accepting Service:**
Sex: Female  Age: 45   Height: 5'1''   Weight: 150
Skin Color: White - Hispanic  Hair Color: Brown

14627

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time   Date _____ Time _____
          _____ Date _____ Time   Date _____ Time _____

Comments or Remarks:

**Server Data:**
Subscribed and Sworn to me this
__8__ day of __Nov__ __2019__

_____
Name of Notary / Commission expiration

CHRISTOPHER J. MULLEN
Commission # 2369225
Notary Public - State of New Jersey
My Commission Expires
September 03, 2024

I, **Anthony Devers**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date 11/8/19

Davila Civil Process, LLC - P. O. Box 1733 - Helotes, TX 78023 / Tel: (210) 790-3022