RAYMOND SKELTON on behalf of himself and all similarly situated persons,

Plaintiff

vs

NEW JERSEY DEPARTMENT OF CORRECTIONS, MARCUS O. HICKS, individually and in his official capacity, et al.,

Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case Number
1:19-CV-18597-RMB-KMW

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Person to be served** (Name & Address):
Marcus O. Hicks, Acting Commissioner of New Jersey Department of Corrections | 1300 Stuyvesant Avenue, Trenton, NJ 08618

**Attorney:** Soloman M. Radner
Excolo Law, PLLC
26700 Lahser Road - Suite 401 Southfield, MI 48033
**Papers Served:** Summons in A Civil Action; Class Action Complaint, Jury Trial Demanded

Cost of Service pursuant to R. 4:4-3 (c)

$ _____

## Service Data:

Served Successfully __X__   Not Served _____   Date: __11/1/2019__   Time: __11:55 AM__

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

**Karin Burke / Assistant Director, Office of Regulatory & Legal Affairs**
**Rule 4:4-4(a)(6)**

**Actual Place of Service:** 1300 Stuyvesant Avenue, Trenton, NJ 08618

## Description of Person Accepting Service:

Sex: _Female_  Age: _51 - 65_ Yrs.  Height: _5' 4" - 5' 8"_  Weight: _131-160 Lbs._
Skin Color: _White_   Hair Color: _Blonde_

14626

## Unserved:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time   Date _____ Time _____
                   _____ Date _____ Time   Date _____ Time _____

Comments or Remarks:

## Server Data:

Subscribed and Sworn to me this
___ day of _November_, 2019

_____
Name of Notary / Commission expiration
**CARMEN I. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2442741**
**My Commission Expires 2/6/2024**

I, **Ted Cordasco**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date 11/29/2019

Davila Civil Process, LLC - P. O. Box 1733 - Helotes, TX 78023 / Tel: (210) 790-3022