GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Department of Corrections, Hicks, and Powell*

By:  Michael Vomacka
     *Deputy Attorney General*
     (609) 376-3367
     Michael.Vomacka@law.njoag.gov

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### VICINAGE OF CAMDEN

|  |  |
|---|---|
| RAYMOND SKELTON,<br>                    Plaintiff,<br>     v.<br><br>NEW JERSEY DEPARTMENT OF<br>CORRECTIONS,  et al.,<br>                    Defendants. | <u>Civil Action</u><br><br>**Docket No. 1:19-CV-18597**<br><br>**NOTICE OF APPEARANCE<br>(ELECTRONICALLY FILED)** |

TO:  CLERK OF THE COURT (*via CM/ECF*)

     ALL COUNSEL OF RECORD (*via CM/ECF*)

**PLEASE TAKE NOTICE** that Gurbir S. Grewal, Attorney General of New Jersey, by **Michael Vomacka, Deputy Attorney General,** is hereby designated as counsel for Defendants New Jersey Department of Corrections, Hicks, and Powell; AND

**PLEASE TAKE FURTHER NOTICE** that a copy of all future court notices should be directed to DAG Michael Vomacka, and correspondence should be addressed as follows:

       DAG Michael Vomacka
       Office of the Attorney General
       R.J. Hughes Justice Complex
       25 Market Street
       P.O. Box 112
       Trenton, New Jersey 08625-0112
       Michael.Vomacka@law.njoag.gov

                 GURBIR GREWAL
                 ATTORNEY GENERAL OF NEW JERSEY

           By:  /s/ Michael Vomacka
                 Michael Vomacka
                 Deputy Attorney General

DATED:  January 28, 2020