GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Department of Corrections, Hicks, and Powell*

By: Michael Vomacka
    *Deputy Attorney General*
    (609) 376-3367
    Michael.Vomacka@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON,<br>         Plaintiff,<br>v.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br>         Defendants. | Civil Action<br><br>**Docket No. 1:19-CV-18597**<br><br>**CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE** |

I hereby certify that on this date, **January 28, 2020**, the enclosed Notice of Appearance (Electronically Filed) and this Certificate of Service were filed electronically with this Court via the ECF/PACER system, causing copies to be served upon all counsel of record.

                    GURBIR S. GREWAL
                    ATTORNEY GENERAL OF NEW JERSEY

              By:   s/Michael Vomacka
                    Michael Vomacka
                    Deputy Attorney General