# EXHIBIT A

# APPLICATION/PETITION FOR ADMISSION PRO HAC VICE

Solomon M. Radner, of full age, hereby certifies as follows:

1. I am a partner of the law firm, Excolo Law, PLLC, 26700 Lahser Rd. Suite 401 Southfield, MI 48033. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member of good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction. I am counsel of record, and will continue to be counsel of record for the Plaintiff Raymond Skelton in the above-captioned matter.

2. I submit this Certification in support of the application by Plaintiff Raymond Skelton, for admission *pro hac vice* of Keith L. Altman, Esq., Excolo Law, PLLC, 26700 Lahser Rd. Suite 401 Southfield, MI 48033, to appear in this action as co-counsel for Plaintiff.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me. Further, I agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during

all phases of these proceedings unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*.

5. On behalf of Raymond Skelton, I respectfully request that the Court grant the application to have Keith L. Altman, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 19, 2020

Solomon M. Radner (283502018)