UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all similarly situated persons,<br><br>    *Plaintiffs*,<br><br>    V.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, MARCUS O. HICKS, individually and in his official capacity, John Doe Dietician, individually and in their official capacity, John Doe Food Service Director, individually and in their official capacity, John Powell, individually and in their official Capacity, DOES 1-200 (NJDOC FOOD SERVICE MANAGERS), individually and in their official capacity, DOES 201-400 (NJDOC Administrators), individually and in their official capacity, Does 401-500 (NJDOC Dieticians), individually and in their official capacity, Does 501-600, individually and in their official capacity,<br><br>    *Defendants*. | Case No. 3:19-cv-18597<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

This matter having come before the Court for Plaintiffs' Motion for Admission *Pro Hac Vice* for Attorney Keith L. Altman, and the Court being otherwise fully advised herein;

1

Applicant has declared that he is a member in good standing of the bar of the State of California and the State of Michigan; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Keith L. Altman |
| Firm Name: | Excolo Law, PLLC |
| Address: | 26700 Lahser Rd., Suite 401 |
| City / State/ Zip: | Southfield, MI 48033 |
| Telephone / Fax: | T: (516) 456-5885/ F: (248) 436-6858 |
| E-mail: | kaltman@excololaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as co-counsel for the Plaintiffs, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United Stated District Court for the District of New Jersey. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February ____, 2020         _____
                                    United States District/Magistrate Judge