GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Hicks, and Powell*

By:  Michael Vomacka
     Deputy Attorney General
     (609) 376-3223
     Michael.Vomacka@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON, | HON. RENEE MARIE BUMB, U.S.D.J. |
| | HON. KADREN M. WILLIAMS, |
| Plaintiff, | U.S.M.J. |
| v. | Civ. Dkt. 1:19-cv-18597-RMB-KMW |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | |

PLEASE TAKE NOTICE that on **April 6, 2020**, or as soon as may be heard, Defendants New Jersey Department of Corrections, Hicks, and Powell, will move before this Honorable Court for an Order dismissing Plaintiff's Complaint.

Defendants have filed a brief in support of their motion.

It is respectfully requested that the court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of order is attached hereto.

                        GURBIR S. GREWAL
                        ATTORNEY GENERAL OF NEW JERSEY

            By:   s/ Michael Vomacka
                  Michael Vomacka
                  Deputy Attorney General