GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Hicks, and Powell*

By:  Michael Vomacka
     Deputy Attorney General
     (609) 376-3223
     Michael.Vomacka@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON | HON. RENEE MARIE BUMB, U.S.D.J. |
| | HON. KADREN M. WILLIAMS, |
| Plaintiff, | U.S.M.J. |
| v. | Civ. Dkt. 1:19-cv-18597-RMB-KMW |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | **ORDER** |
| Defendants. | |

This matter having been brought before this Court on a Motion to Dismiss Plaintiff Complaint, filed by Defendants New Jersey Department of Corrections, Hicks, and Powell, through counsel, Gurbir S. Grewal, Attorney General of New Jersey, by Michael Vomacka, Deputy Attorney General, and this Court, having considered the papers submitted herein and the arguments of the parties, and for good cause having been shown;

IT IS on this _____ day of _____, 20\_\_\_\_

**ORDERED** that the moving Defendants' Motion to Dismiss Plaintiff's Complaint is hereby granted, and Plaintiff's Complaint is hereby dismissed:

[    ] with prejudice.        [    ] without prejudice;

_____
HON. RENEE MARIE BUMB, U.S.D.J.

[    ]    An opinion has been filed accompanying this order.