


GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Hicks, and Powell*

By:  Michael Vomacka
     Deputy Attorney General
     (609) 376-3223
     Michael.Vomacka@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON | : HON. RENEE MARIE BUMB, U.S.D.J. |
| | : HON. KADREN M. WILLIAMS, |
| Plaintiff, | : U.S.M.J. |
| | : |
| v. | : Civ. Dkt. 1:19-cv-18597-RMB-KMW |
| | : |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | : **CERTIFICATE OF SERVICE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | : |

I hereby certify that on this day, **March 6, 2020**, Defendants' Notice of Motion to Dismiss Plaintiff's Complaint, Brief on Behalf of Defendants' Motion to Dismiss Plaintiff's Complaint, Proposed Order, and this Certification of Service were filed electronically with the Clerk of the United States District Court via ECF Electronic filing, causing same to be served on all counsel of record.

Additionally, I certify that on this date I caused a copy of unpublished cases for this motion to dismiss to be mailed to:

> Solomon Radner
> Excolo Law, PLLC
> 26700 Lahser Road, Suite 401
> Southfield, MI 48033

                                            s/ Michael Vomacka
                                            Michael Vomacka
                                            Deputy Attorney General