GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Department of Corrections, Hicks, and Powell*

By:   Daniel S. Shehata
      *Deputy Attorney General*
      (609) 376-2998
      Daniel.Shehata@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| RAYMOND SKELTON, Plaintiff, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., Defendants. | Civil Action<br><br>**Docket No. 1:19-CV-18597**<br><br>**NOTICE OF APPEARANCE (ELECTRONICALLY FILED)** |
|---|---|

TO:   CLERK OF THE COURT *(via CM/ECF)*

      ALL COUNSEL OF RECORD *(via CM/ECF)*

**PLEASE TAKE NOTICE** that Gurbir S. Grewal, Attorney General of New Jersey, by **Daniel S. Shehata, Deputy Attorney General,** is hereby designated as counsel for Defendants New Jersey Department of Corrections, Hicks, and Powell; AND

**PLEASE TAKE FURTHER NOTICE** that a copy of all future court notices should be directed to DAG Daniel Shehata, and correspondence should be addressed as follows:

    DAG Daniel Shehata
    Office of the Attorney General
    R.J. Hughes Justice Complex
    25 Market Street
    P.O. Box 112
    Trenton, New Jersey 08625-0112
    Daniel.Shehata@law.njoag.gov

                GURBIR GREWAL
                ATTORNEY GENERAL OF NEW JERSEY

        By:  /s/ Daniel Shehata
             Daniel Shehata
             Deputy Attorney General

DATED:  March 25, 2020