GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Department of Corrections, Hicks, and Powell*

By:  Daniel S. Shehata
     *Deputy Attorney General*
     (609) 376-2998
     Daniel.Shehata@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| RAYMOND SKELTON,<br>            Plaintiff,<br>   v.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br>            Defendants. | Civil Action<br><br>**Docket No. 1:19-CV-18597**<br><br>**CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE** |
|---|---|

I hereby certify that on this date, **March 25, 2020**, the enclosed Notice of Appearance (Electronically Filed) and this Certificate of Service were filed electronically with this Court via the ECF/PACER system, causing copies to be served upon all counsel of record.

                    GURBIR S. GREWAL
                    ATTORNEY GENERAL OF NEW JERSEY

               By:     s/Daniel Shehata
                    Daniel Shehata
                    Deputy Attorney General