GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants New Jersey Department of Corrections,*
*Hicks, and Powell*

By:  Michael Vomacka
     Deputy Attorney General
     (609) 376-3223
     Michael.Vomacka@law.njoag.gov

                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF CAMDEN

---

| | |
|---|---|
| RAYMOND SKELTON, | HON. RENEE MARIE BUMB, U.S.D.J. |
| | HON. KAREN M. WILLIAMS, U.S.M.J. |
| Plaintiff, | |
| v. | Civ. Dkt. # 1:19-cv-18597-RMB-KMW |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | CERTIFICATION OF SERVICE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS |
| Defendants. | |

---

I hereby certify that on this date, **April 9, 2020**, Defendants'
Reply in Support of their Motion to Dismiss and this
Certification of Service were filed with the Clerk of this
Court, causing them to be served on all counsel of record.

I hereby certify that the foregoing statements made by me are
true.   I acknowledge that if any of the foregoing statements
made by me are willfully false, I am subject to punishment.


                         GURBIR S. GREWAL
                         ATTORNEY GENERAL OF NEW JERSEY

                  By:   s/ Michael Vomacka
                        Michael Vomacka
                        Deputy Attorney General