

**COMPLEX LITIGATION ATTORNEYS**

**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858

Solomon M. Radner – Attorney at Law
Direct: 248.291.9719
E-mail: SRadner@excololaw.com

May 26, 2020

Via CM/ECF Filing Only
Hon. Renee Marie Bumb,
District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *Skelton v. NJDOC, et al.*
Docket No. 1:19-cv-18597-RMB-KMW

Dear Your Honor,

Please allow for this correspondence to serve as Plaintiff's response to the Court's May 14, 2020 text order (Doc. 18), in the above-referenced matter. To answer the Court's question, yes, the Keith Altman seeking *pro hac vice* admission in this case is in fact the same Keith Altman whose name appears on the New Jersey Lawyers Fund for Client Protections' list of ineligible attorneys for the period ending May 11, 2020.

After discussing this situation with Mr. Altman, it appears the reason his name is on the ineligible list is due to a simple over-sight with regard to payment of the dues owed to the fund for 2019 and 2020. This situation was just brought to our attention on May 14, 2020 when Your Honor issued the text order in this matter, and both Mr. Altman and I apologize to the Court for the over-sight that led to this. On May 21, 2020, I mailed two checks to the New Jersey Lawyers Fund for Client Protections, copies of which are attached hereto.

 If you should have any questions or concerns, please don't hesitate to call me directly at (248) 291-9719. Thank you.

Very Truly Yours,

Solomon M. Radner

SMR:km