# EXHIBIT 1

# EXCOLO LAW, PLLC
26700 Lahser Road
Suite 400
Southfield, MI 48033

May 21, 2020

**New Jersey Fund for Client Protection**
P.O. Box 961
Trenton, NJ 08625-0961

**RE:   Pro Hac Vice Attorney Keith Altman**

To Whom It May Concern:

Enclosed, please find payments for the NJ Lawyers' Fund for Client Protection for Pro Hac Vice Attorney Keith Altman, in the amount of **$554.00**.

This constitutes payment for the following:

**2019**:   $252, plus a $40 late fee, for a total of **$302 for 2019**
            Note:  $50.00 to be moved from the ineligible list.

**2020**:   $212, plus a $40 late fee, for a total of **$212 for 2020**

Should you require further clarification please contact Solomon Radner at 248-291-9719.

Respectfully,

EXCOLO LAW, PLLC

Solomon, M. Radner
Attorney

SM/ml

Enc.

| | | | |
|---|---|---|---|
| **EXCOLO LAW P.L.L.C.** | JPMORGAN CHASE BANK, N.A. | | **2999** |
| 26700 LAHSER ROAD, SUITE 400 | WWW.CHASE.COM | | |
| SOUTHFIELD, MI 48033 | 9-32/720 | | 5/21/2020 |

PAY TO THE ORDER OF   NJ Lawyers' Fund for Client Protection                    $ **302.00

Three Hundred Two and 00/100************************************************************************ DOLLARS

NJ Lawyers' Fund for Client Protection
P.O. Box 961
Trenton, New Jersey 08625

AUTHORIZED SIGNATURE

MEMO   Keith Altman pro hac NJ, ~~2020~~ 2019

⑀002999⑀  ⑆072000326⑆   7166169530⑉

---

**EXCOLO LAW P.L.L.C.**                                                                 **2999**
    NJ Lawyers' Fund for Client Protection                5/21/2020
                    Keith Altman pro hac NJ, ~~2020~~ 2019                         302.00

Excolo Operating Acc    Keith Altman pro hac NJ, ~~2020~~ 2019                   302.00

---

**EXCOLO LAW P.L.L.C.**                                                                 **2999**
    NJ Lawyers' Fund for Client Protection                5/21/2020
                    Keith Altman pro hac NJ, ~~2020~~ 2019                         302.00

Excolo Operating Acc    Keith Altman pro hac NJ, ~~2020~~ 2019                   302.00

646258   QBB1-01/1301   PROD314   Reorder from BEST CHECKS, 100 Executive Dr., Unit 1, Dulles, VA  20166 • Phone: 1-800-521-9619 • www.bestchecks.com    QB1F-070312

# Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to *NJ Lawyers' Fund for Client Protection*
Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ 08625-0961**

### 2020 ASSESSMENT $212.00

The fee is assessed **once per calendar year** per attorney. Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork, but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed. An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court. **Fees are not prorated.** Full payment is required for the calendar year in which the Order admitting is entered.

## Information To Be Submitted With Payment

### Pro Hac Vice Attorney:

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Altman | Keith | Louis | |

| Date of Birth | | Sex |
|---|---|---|
| 10/19/1968 | | ■ Male  ☐ Female |

| Jurisdiction Where First Admitted to Any U.S. Bar | Year Admitted |
|---|---|
| California | 2008 |

Have You Ever Been Admitted in New Jersey in any of the Following Categories?
☐ Plenary NJ License   ☐ Multi-Jurisdictional Practitioner   ☐ In-House Counsel   ☐ Foreign Legal Consultant

| Firm Name | Telephone # |
|---|---|
| Excolo Law, PLLC | |

| Address |
|---|
| 26700 Lahser Road, Suite 401 |

| City | State | Zip |
|---|---|---|
| Southfield | MI | 48033 - |

| e-mail |
|---|
| kaltman@excololaw.com |

### Sponsoring New Jersey Attorney:

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Radner | Solomon | | |

| Firm Name | Telephone # |
|---|---|
| Excolo Law, PLLC | |

| Address |
|---|
| 26700 Lahser Road, SUite 401 |

| City | State | Zip |
|---|---|---|
| Southfield | MI | 48033 - |

| e-mail |
|---|
| sradner@excololaw.com |

**Enclose a copy of the signed Court Order. If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.**

| Docket # | Jurisdiction |
|---|---|
| 1:19-cv-18597 | District of New Jersey |
| Judge's Name | |
| Hon. Renee Bumb | |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at (609) 815-3030, Option 1

**EXCOLO LAW P.L.L.C.**
26700 LAHSER ROAD, SUITE 400
SOUTHFIELD, MI  48033

JPMORGAN CHASE BANK, N.A.
WWW.CHASE.COM
9-32/720

2998

5/21/2020

PAY TO THE ORDER OF   NJ Lawyers' Fund for Client Protection              $ **252.00

Two Hundred Fifty-Two and 00/100************************************************************************ DOLLARS

NJ Lawyers' Fund for Client Protection
P.O. Box 961
Trenton, New Jersey 08625

AUTHORIZED SIGNATURE

MEMO   Keith Altman pro hac NJ, ~~2019~~ 2020

⑈002998⑈ ⑉072000326⑊  716616953⑈

---

**EXCOLO LAW P.L.L.C.**                                                    2998
   NJ Lawyers' Fund for Client Protection              5/21/2020
                    Keith Altman pro hac NJ, ~~2019~~ 2020             252.00




Excolo Operating Acc   Keith Altman pro hac NJ, ~~2019~~ 2020                    252.00

---

**EXCOLO LAW P.L.L.C.**                                                    2998
   NJ Lawyers' Fund for Client Protection              5/21/2020
                    Keith Altman pro hac NJ, ~~2019~~ 2020             252.00




Excolo Operating Acc   Keith Altman pro hac NJ, ~~2019~~ 2020                    252.00



# Pro Hac Vice Admission in New Jersey
{*Rules* 1:21-2(a), 1:20-1(b), 1:28-2, 1:28B-1(e)}

**Please submit one check for each attorney payable to**
*NJ Lawyers' Fund for Client Protection*
Mail to: NJ Lawyers' Fund, P.O. Box 961, Trenton, NJ  08625-0961

### 2019 ASSESSMENT $212.00

The fee is assessed **once per calendar year** per attorney.  Attorneys admitted for additional cases within the calendar year should submit the appropriate paperwork but **no additional payment** is required. If a case continues into the next year, a fee for **that** year will be assessed.  An attorney's appearance continues until either the matter is concluded, there is a substitution of counsel, or the filing of notice of withdrawal with the court.  **Fees are not prorated.**  Full payment is required for the calendar year in which the Order admitting is entered.

## Information to Be Submitted With Payment

**Pro Hac Vice Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Altman | Keith | Louis | |

| Date of Birth | | Sex |
|---|---|---|
| 10/19/1968 | | ■ Male    ☐ Female |

| Jurisdiction Where First Admitted To Any U.S. Bar | Year Admitted |
|---|---|
| California | 2008 |

| Have You Ever Been Admitted in New Jersey in any of the Following Categories? |
|---|
| ☐ Plenary NJ License    ☐ Multi-Jurisdictional Practitioner    ☐ In-House Counsel    ☐ Foreign Legal Consultant |

| Firm Name | Telephone # |
|---|---|
| Exolo Law, PLLC | 516-456-5885 |

| Address |
|---|
| 26700 Lahser Road, Suite 401 |

| City | State | Zip |
|---|---|---|
| Southfield | MI | 48033 - |

| e-mail |
|---|
| kaltman@lawampmmt.com |

**Sponsoring New Jersey Attorney:**

| Name: Last | First | Middle | Title |
|---|---|---|---|
| Radner | Solomon | | |

| Firm Name | Telephone # |
|---|---|
| Excolo Law, PLLC | 248-291-9719 |

| Address |
|---|
| 26700 Lahser Road, Suite 401 |

| City | State | Zip |
|---|---|---|
| Southfield | MI | 48033 - |

| E-mail |
|---|
| sradner@excololaw.com |

**Enclose a copy of the signed Court Order.  If it is not yet available, provide an unsigned copy or the following information; send a signed copy when it becomes available.**

| Docket # | Jurisdiction |
|---|---|
| 1:19-cv-18597 | District of New Jersey |
| Judge's Name | |
| Hon. Renee Bumb | |

Questions? Please contact the NJ Lawyers' Fund's Pro Hac Vice Unit at (609) 815-3030, Option 1

Published 01/2019, CN: 12375 (PHV-16)                                                                             page 1 of 1