UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

RAYMOND SKELTON on behalf of    :
himself and all other           :
similarly situated persons,     :        CIV. NO. 19-18597 (RMB)
                                :
            Plaintiff           :
      v.                        :               **ORDER**
                                :
NEW JERSEY DEP'T OF CORR.,       :
*et al.*,                        :
                                :
            Defendants          :
_____

     For the reasons set forth in the accompanying Opinion,

     **IT IS** on this **30th day of October 2020**,

     **ORDERED** that Defendants' motion to dismiss (Dkt. No. 14) is

**GRANTED**; Plaintiff's claims against the NJDOC are **DISMISSED** with

prejudice as barred by the Eleventh Amendment; Plaintiff's claims

against Hicks and Powell in their individual and official

capacities are **DISMISSED** without prejudice under Federal Rule of

Civil Procedure 12(b)(6) and 42 U.S.C. § 1997e(c)(1) for failure

to state Eighth Amendment claims of failure to protect inmate

health and failure to provide adequate medical care for prisoners'

serious medical needs, failure to state a conspiracy claim under

42 U.S.C. § 1983, and failure to state claims for violation of the

Americans with Disabilities Act and Rehabilitation Act; and it is

further

**ORDERED** that Plaintiff is granted leave to file an Amended

Complaint within 45 days of the date of entry of this Order.


                                    s/Renée Marie Bumb
                                    **RENÉE MARIE BUMB**
                                    **United States District Judge**