IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| RAYMOND SKELTON, | Civ. No. 19-18597 (RMB/KMW) |
| Plaintiff | |
| v. | **ORDER TO SHOW CAUSE** |
| JOHN DOE DIETICIAN, *et al.*, | |
| Defendants | |

APPEARANCES:

Solomon Mordechai Radner, Esq.
JOHNSON LAW, PLC
EXCOLO LAW PLLC
535 GRISWOLD ST.
SUITE 2632
DETROIT, MI 48226
          Attorney for Plaintiff

Daniel S. Shehata, Deputy Attorney General
Michael Ezra Vomacka, Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St, P.O. Box 112
Trenton, NJ 08625
          Attorneys for Defendants

     This matter comes before the Court *sua sponte* for failure to prosecute. Plaintiff Raymond Skelton, represented by counsel, filed this putative prisoner class action complaint on October 2, 2019, alleging the standardized diet served to prisoners within the New Jersey Department of Corrections violated their civil rights and the Americans with Disabilities Act. (Compl., Dkt. No.

1.) On October 30, 2020, this Court granted the motion to dismiss filed by Defendants New Jersey Department of Corrections, Commissioner Marcus O. Hicks, and Administrator of South Woods State Prison John Powell. The claims against unidentified John Doe Defendants remained, and the Court granted Plaintiff leave to file an amended complaint within 45 days. (Opinion, Dkt. No. 21; Order, Dkt. No. 22.) More than seven months have since passed and Plaintiff has not taken any action in this matter.

Federal Rule of Civil Procedure 41(b) permits a district court to *sua sponte* dismiss an action for failure to prosecute. See e.g. Brownlee v. Monroe Cty. Corr. Facility, 816 F. App'x 622, 623 (3d Cir. 2020).

**IT IS** therefore on this **14th day of June 2021**,

**ORDERED** that Plaintiff shall, within ten days of the date of entry of this Order, show cause why this Court should not dismiss this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. Plaintiff's failure to respond to this Order may result in dismissal of this action with prejudice.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**