IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| RAYMOND SKELTON, <br><br> Plaintiff <br><br> v. <br><br> JOHN DOE DIETICIAN, *et al.*, <br><br> Defendants | Civ. No. 19-18597 (RMB/KMW) <br><br> **ORDER** |

APPEARANCES:

Solomon Mordechai Radner, Esq.
JOHNSON LAW, PLC
EXCOLO LAW PLLC
535 GRISWOLD ST.
SUITE 2632
DETROIT, MI 48226
    Attorney for Plaintiff

Daniel S. Shehata, Deputy Attorney General
Michael Ezra Vomacka, Deputy Attorney General
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St, P.O. Box 112
Trenton, NJ 08625
    Attorneys for Defendants

This matter comes before the Court upon Plaintiff's response (Dkt. No. 25) to this Court's order to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's counsel has obtained substitute counsel for Plaintiff, explaining that he does not have adequate time to attend to this matter. Plaintiff further requests an extension of time to file an amended

complaint. The remaining defendants filed a letter brief in opposition (Dkt. No. 26), seeking dismissal of the action based on delay in prosecution or, alternatively, that Plaintiff be required to file a motion to amend the complaint, to which they may file a formal opposition. The Court will permit Plaintiff to file a motion to amend the complaint within 30 days of the date of entry of this Order. If appropriate, within 14 days of the filing of a motion to amend, the remaining defendants may file a brief in opposition to the motion; Plaintiff may file a reply brief within seven days thereafter. Absent extraordinary circumstances, the Court will not consider an extension of Plaintiff's deadline for filing a motion to amend the complaint.

**IT IS** therefore on this **20th day of July 2021**,

**ORDERED** that Plaintiff shall, within thirty days of the date of entry of this Order, file a motion to amend the complaint. Plaintiff's failure to timely file a motion to amend the complaint may result in dismissal of this action with prejudice for failure to prosecute.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**
