UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

RAYMOND SKELTON,

        Plaintiff,                    Case No. 19-cv-18597 (RMB/KMW)

v.

NEW JERSEY DEPARTMENT
OF CORRECTIONS, *et al.,*

        Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned attorney hereby appears on behalf of the Plaintiff, Raymond Skelton, and requests that a copy of all documents in this action be served upon the undersigned at the address below.

Dated: August 18, 2021

                  /s/ Joseph D. Lento
                  Joseph D. Lento, Esquire
                  Lento Law Group, P.C.
                  3000 Atrium Way – Suite # 200
                  Mt. Laurel, NJ 08054
                  jdlento@lentolawgroup.com
                  856-652-2000

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I served the foregoing document on all Defendants of record *via* electronic filing:

                  /s/ *Joseph D. Lento*
                  Joseph D. Lento, Esquire
                  A*ttorney for Plaintiff*