Lento Law Group, P.C.
JOSEPH D. LENTO, ESQUIRE
Attorney ID: 013252008
3000 Atrium Way – Suite 200
Mount Laurel, New Jersey 08054
(T) (856) 652-2000
(F) (856) 375-1010
jdlento@lentolawgroup.com

Keith Altman (P81702) (*p.h.v.*)
516-456-5885
keithaltman@kaltmanlaw.com
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all other similarly situated people | Hon. Renee Marie Bumb |
| *Plaintiffs*, | Magistrate Judge: Karen M. Williams |
| v. | Case No. 1:19-cv-18597-RMB-KMW |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et. al., | |
| *Defendants*. | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, Plaintiff, Raymond Skelton, by and through his counsel, Keith Altman, and Joseph Lento, will move before the United

i

States District Court for the District of New Jersey on August 19, 2021, or as soon thereafter as counsel may be heard, for an order permitting the filing of Plaintiff's First Amended Complaint, pursuant to Rules 15(a) of the Federal Rules of Civil Procedure.

    PLEASE TAKE FURTHER NOTICE that the proposed First Amended Complaint is annexed hereto as Exhibit A.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff will rely upon the brief in support and all pleadings on file.

    PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Respectfully Submitted,

LENTO LAW GROUP

Dated: August 19th, 2021

_____
Joseph Lento, Esq.
3000 Atrium Way – Suite 200
Mount Laurel, New Jersey 08054
(T) (856) 652-2000
jdlento@lentolawgroup.com

*/S/ Keith Altman*_____
Keith Altman, Esq. (P81702) (*p.h.v.*)
516-456-5885
keithaltman@kaltmanlaw.com
33228 W. 12 Mile Rd., Ste. 375
Farmington Hills, MI 48334
*Attorneys for Plaintiff and the Class*