Lento Law Group, P.C.
JOSEPH D. LENTO, ESQUIRE
Attorney ID: 013252008
3000 Atrium Way – Suite 200
Mount Laurel, New Jersey 08054
(T) (856) 652-2000
(F) (856) 375-1010
jdlento@lentolawgroup.com

Keith Altman (P81702) (*p.h.v.*)
516-456-5885
keithaltman@kaltmanlaw.com
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all other similarly situated people<br><br>*Plaintiffs*,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et. al.,<br><br>*Defendants*. | Hon. Renee Marie Bumb<br>Magistrate Judge: Karen M. Williams<br><br>Case No. 1:19-cv-18597-RMB-KMW<br><br>**CERTIFICATION OF SERVICE** |

I, Joseph D. Lento, hereby certify that on August 19, 2021, I served the foregoing documents upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

                                        Respectfully Submitted,

                                        LENTO LAW GROUP

Dated: August 19th, 2021

                                        */s/ Joseph D. Lento*
                                        _____
                                        Joseph Lento, Esq.
                                        3000 Atrium Way – Suite 200
                                        Mount Laurel, New Jersey 08054
                                        (T) (856) 652-2000
                                        jdlento@lentolawgroup.com