## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all other similarly situated people | Hon. Renee Marie Bumb |
| *Plaintiffs*, | Magistrate Judge: Karen M. Williams |
| v. | Case No. 1:19-cv-18597-RMB-KMW |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et. al., | |
| *Defendants.* | |

**THIS MATTER** having been heard on the Motion for Leave to File Amended Complaint brought by Plaintiff Raymond Skelton ("Plaintiff"), and it appearing to the Court from the accompanying Memorandum of Law that good cause exists to grant Plaintiff's motion,

**IT IS** on this _____ day of _____, 2021,

**ORDERED** that Plaintiff is granted leave to file the Amended Complaint, in the form attached as Exhibit A in support of the Motion.

IT IS SO ORDERED:

_____
Renee Marie Bumb, U.S.D.J