# EXHIBIT A

| | |
|---|---|
| RAYMOND SKELTON on behalf of himself and all similarly situated persons,<br><br>Plaintiff<br><br>vs<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, MARCUS O. HICKS, individually and in his official capacity, et al.,<br><br>Defendant | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case Number<br>1:19-CV-18597-RMB-KMW |

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Person to be served** (Name & Address):
Marcus O. Hicks, Acting Commissioner of New Jersey Department of Corrections | 1300 Stuyvesant Avenue, Trenton, NJ 08618

**Attorney:** Soloman M. Radner
Excolo Law, PLLC
26700 Lahser Road - Suite 401 Southfield, MI 48033
**Papers Served:** Summons in A Civil Action; Class Action Complaint, Jury Trial Demanded

Cost of Service pursuant to R. 4:4-3 (c)

$ _____

**Service Data:**
Served Successfully __X__   Not Served _____   Date: __11/1/2019__   Time: __11:55 AM__

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

**Karin Burke / Assistant Director, Office of Regulatory & Legal Affairs**
**Rule 4:4-4(a)(6)**

**Actual Place of Service:** 1300 Stuyvesant Avenue, Trenton, NJ 08618

**Description of Person Accepting Service:**

Sex: _Female_  Age: _51 - 65 Yrs._  Height: _5' 4" - 5' 8"_  Weight: _131-160 Lbs._
Skin Color: _White_    Hair Color: _Blonde_

14626

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time    Date _____ Time _____
                    _____ Date _____ Time    Date _____ Time _____

Comments or Remarks:

**Server Data:**
Subscribed and Sworn to me this
___ day of _November_, 2019
_(signature)_
Name of Notary / Commission expiration
**CARMEN I. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2442741**
**My Commission Expires 2/6/2024**

I, **Ted Cordasco**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_(signature)_ Date 11/24/2019

Davila Civil Process, LLC - P. O. Box 1733 - Helotes, TX 78023 / Tel: (210) 790-3022