# **EXHIBIT B**

RAYMOND SKELTON on behalf of himself and all similarly situated persons,

Plaintiff

vs

NEW JERSEY DEPARTMENT OF CORRECTIONS, MARCUS O. HICKS, individually and in his official capacity, et al.,

Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Case Number
1:19-CV-18597-RMB-KMW

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

**Person to be served** (Name & Address):
John Powell, Administrator of South Woods State Prison
215 S. Burlington Road, Bridgeton, NJ 08302

**Attorney:** Soloman M. Radner
Excolo Law, PLLC
26700 Lahser Road - Suite 401 Southfield, MI 48033
**Papers Served:** Summons In A Civil Case; Class Action Complaint, Jury Trial Demanded

Cost of Service pursuant to R. 4:4-3 (c)

$ _____

**Service Data:**
Served Successfully __X__   Not Served _____   Date: __11/6/2019__ Time: __2:50 PM__

___ Delivered a copy to him / her personally

___ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

_X_ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:

**Luz M. Torres / Executive Assistant**
**Rule 4:4-4(a)(6)**

**Actual Place of Service:** 215 S. Burlington Road, Bridgeton, NJ 08302

**Description of Person Accepting Service:**

Sex: __Female__ Age: __45__  Height: __5'1"__  Weight: __150__
Skin Color: __White__ - Hispanic  Hair Color: __Brown__

14627

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquires suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____   Date _____ Time _____
                              Date _____ Time _____   Date _____ Time _____

Comments or Remarks:

**Server Data:**
Subscribed and Sworn to me this
__8__ day of __Nov__ __2019__

_____
Name of Notary / Commission expiration

CHRISTOPHER J. MULLEN
Commission # 2389225
Notary Public - State of New Jersey
My Commission Expires
September 03, 2024

I, **Anthony Devers**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ Date 11/8/19

Davila Civil Process, LLC - P. O. Box 1733 - Helotes, TX 78023 / Tel: (210) 790-3022