# EXHIBIT D

GURBIR GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Department of Corrections, Hicks, and Powell*

By:   Daniel S. Shehata
      *Deputy Attorney General*
      (609) 376-2998
      Daniel.Shehata@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON,<br>                    Plaintiff,<br>v.<br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br>                    Defendants. | <u>Civil Action</u><br><br>**Docket No. 1:19-CV-18597**<br><br>**NOTICE OF APPEARANCE<br>(ELECTRONICALLY FILED)** |

TO:   CLERK OF THE COURT (*via CM/ECF*)

      ALL COUNSEL OF RECORD *(via CM/ECF)*

**PLEASE TAKE NOTICE** that Gurbir S. Grewal, Attorney General of New Jersey, by **Daniel S. Shehata, Deputy Attorney General,** is hereby designated as counsel for Defendants New Jersey Department of Corrections, Hicks, and Powell; AND

**PLEASE TAKE FURTHER NOTICE** that a copy of all future court notices should be directed to DAG Daniel Shehata, and correspondence should be addressed as follows:

>DAG Daniel Shehata
>Office of the Attorney General
>R.J. Hughes Justice Complex
>25 Market Street
>P.O. Box 112
>Trenton, New Jersey 08625-0112
>Daniel.Shehata@law.njoag.gov

>>GURBIR GREWAL
>>ATTORNEY GENERAL OF NEW JERSEY

>By: /s/ Daniel Shehata
>Daniel Shehata
>Deputy Attorney General

DATED: March 25, 2020