

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

June 27, 2022

**Via CM/ECF Filing Only:**
Hon. Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:  Skelton v. NJ Department of Corrections, et al.
           Civ. Dkt. No. 1:19-cv-18597-RMB-SAK

Dear Judge Bumb:

    Please allow this letter to serve as a reply to the submissions filed by Joseph Lento, Esq., on Friday, June 24, 2022. See ECF No. 35. Mr. Lento, Esq., was responding to this Court's Call for Dismissal entered on June 14, 2022. See ECF No. 34. The undersigned seeks to clarify the submissions filed by Mr. Lento, Esq.

    Mr. Lento, Esq., writes in his submissions to this Court on June 24, 2022, that the undersigned, Daniel S. Shehata, represents the defendants in this action pursuant to his notice of appearance. However, the undersigned filed a notice of appearance over two years ago on March 25, 2020 confirming representation of the Department of Corrections, Powell, and Hicks when those defendants were still in this action. See ECF No. 16.

    On October 30, 2020, this Court granted the Defendants' motion to dismiss, dismissing this matter as it pertained to all of the named defendants. See ECF No. 22. Plaintiff was granted leave to file an Amended Complaint within 45 days. Id. This Court entered an order to show cause on June 15, 2021 for the Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. See ECF No. 24. Subsequently, the Amended Complaint was filed on October 28, 2021 against only John Does, and other



DOES defendants. See ECF No. 33.[1] The undersigned **does not** represent any of the Does or any John Does defendants listed in the Amended Complaint at this time.

Other than the public filings on the ECF docket, we are unaware of any steps taken to prosecute the case. Thank you for your time and consideration to this matter.

        Respectfully Submitted,

        MATTHEW J. PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Daniel S. Shehata*
    Daniel S. Shehata
    Deputy Attorney General

cc: *All counsel of record, via ECF filing.*

---

[1] Mr. Lento, Esq., attached affidavits of service from November 2019 when the previous complaint named specific defendants. These defendants were subsequently dismissed by this Court on October 30, 2020, via our motion to dismiss. The present amended complaint only mentions DOE(S) defendants.