Keith Altman (*pro hac vice*)
Solomon Radner (P73653)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
Email: solomonradner@kaltmanlaw.com
*Attorneys for Plaintiffs and The Class*

### IN THE UNITED STATE DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON, | Civil Action No. 1:19-cv-18597-RMB-SAK |
| *Plaintiff,* v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | *DOCUMENT FILED ELECTRONICALLY* |
| *Defendants.* | |

Pursuant to Civ. Rule 102.1 of the Local Rules of the United States District Court for the District of New Jersey, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Raymond Skelton has retained Solomon Radner to substitute as local counsel in place of Joseph D. Lento in this case.

Respectfully Submitted,

Dated: September 6, 2022

*/s/ Solomon Radner*
Solomon Radner (P73653)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: solomonradner@kaltmanlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, I served the foregoing document upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.

                */s/ Solomon M. Radner*
                *Attorney for Plaintiffs and the Class*