# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al

    Defendants,

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

---

THE LAW OFFICE OF KEITH ALTMAN
Keith Altman (P81702)
*Attorney for Plaintiff*
33228 W 12 Mile Rd, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
Sara Trudgeon (P82155)
*Attorney for MDOC Defendants*
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
trudgeons@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
*Attorney for Defendants Corizon Health, Inc.; Robert Lacy, D.O.; Keith Papendick, M.D.; Claire Pei, M.D.; Mohammed Azimi, M.D.; Shanthi Gopal, M.D.; and Donna Rohrs, P.A*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**NOW COMES** Plaintiff AISHA POPE, by and through her attorneys, with this Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment and hereby states the following:

1. Defendants filed their Motions to for Summary Judgment pursuant to Fed. R. Civ. P. 56 on September 9, 2022 (ECFs 88 & 90).

2. Plaintiff's Response to Defendants' Motions for Summary Judgment are due on September 30, 2022.

4. Plaintiff respectfully requests a 14-day extension of time to file their Response to Defendants' Motions for Summary Judgment, making the Response due on or before October 14, 2022. With Defendants' replies to be due within 21 days of the filing of Plaintiff's response.

5. Plaintiff has conferred with the Defendants on the details of the present Motion and Defendants have expressed they are unopposed to the extension of time.

6. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

**WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Date: September 29, 2022        Respectfully submitted,

Keith Altman, Esq.
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al

    Defendants,

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

| THE LAW OFFICE OF KEITH ALTMAN | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| *Attorney for Plaintiff* | Devlin Scarber (P64532) |
| 33228 W 12 Mile Rd, Suite 375 | *Attorney for Defendants Corizon Health, Inc.; Robert Lacy, D.O.; Keith Papendick, M.D.; Claire Pei, M.D.; Mohammed Azimi, M.D.; Shanthi Gopal, M.D.; and Donna Rohrs, P.A* |
| Farmington Hills, MI 48334 | |
| (248) 987-8929 | |
| keithaltman@kaltmanlaw.com | |
| | |
| MICHIGAN DEPT. OF ATTORNEY GENERAL | |
| Sara Trudgeon (P82155) | |
| *Attorney for MDOC Defendants* | 1441 West Long Lake Rd., Suite 310 |
| P.O. Box 30217 | Troy, MI 48098 |
| Lansing, MI 48909 | (248) 644-6326 |
| (517) 335-3055 | rchapman@chapmanlawgroup.com |
| trudgeons@michigan.gov | dscarber@chapmanlawgroup.com |

**ORDER**

    This Matter, having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment, and that the Motion is made in good cause, it is hereby:

**ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment is granted and the Plaintiff shall have to and including October 14, 2022, to file their Response (with Defendants to file their replies within 21 days of being serviced with Plaintiff's response).

DATED September _____, 2022.

BY THE COURT:

_____
United States Magistrate
Judge David R. Grand

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Aisha Pope, #228305

    Plaintiff,

v.

Corizon Health, MDOC et al

    Defendants,

Case No.: 2:19-cv-10870
District Judge: David M. Lawson
Magistrate Judge: David R. Grand

---

THE LAW OFFICE OF KEITH ALTMAN
Keith Altman (P81702)
*Attorney for Plaintiff*
33228 W 12 Mile Rd, Suite 375
Farmington Hills, MI 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
Sara Trudgeon (P82155)
*Attorney for MDOC Defendants*
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
trudgeons@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
*Attorney for Defendants Corizon Health, Inc.; Robert Lacy, D.O.; Keith Papendick, M.D.; Claire Pei, M.D.; Mohammed Azimi, M.D.; Shanthi Gopal, M.D.; and Donna Rohrs, P.A*
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

---

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2022, I served the foregoing Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Summary Judgment upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.