[Docket No. 40]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| **RAYMOND SKELTON** on behalf of himself and all other similarly situated persons, | : : : : | |
| Plaintiff | : : | CIV. NO. 19-18597 (RMB) |
| v. | : : | ORDER |
| **NEW JERSEY DEP'T OF CORR.**, *et al.*, | : : : | |
| Defendants | : | |

On August 11, 2022, this Court vacated its Notice of Call for Dismissal of this matter and gave Plaintiffs 60 days to identify the John Doe Defendants and file a second amended complaint. (Order, Docket No. 37.) This matter comes before the Court upon Plaintiff's unopposed motion (Docket No. 40) for an extension of time, until December 15, 2022, to identify the John Doe Defendants. The parties have arranged a deposition of a person allegedly with knowledge of the defendants' identities, scheduled for November 22, 2022. The Court will grant this one final extension of time but will administratively terminate this case, subject to reopening on or before December 15, 2022, if the defendants have been identified and the second amended complaint has been filed. If the second amended complaint has not been filed, the case

will be subject to dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS** therefore on this **4th day of October 2022**,

**ORDERED** that, upon the consent of the parties, Plaintiffs' motion for an extension of time, until December 15, 2022, to identify the John Doe Defendants and file a second amended complaint (Docket No. 40) is **GRANTED**; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter; subject to reopening upon Order of this Court.

       s/ Renée Marie Bumb
       RENÉE MARIE BUMB
       United States District Judge