AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Raymond Skelton, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cv-18597-RMB-SAK |
| New Jersey Department of Corrections, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Raymond Skelton                                                                             .

Date:     11/21/2022

/s/ Lori Knox
*Attorney's signature*

Lori Knox, NJ Bar No. 383022021
*Printed name and bar number*

The Law Office of Keith Altman
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Address*

loriknox@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*