**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**U.S. District Court for the District of New Jersey**

RAYMOND SKELTON

                              Plaintiff,

v.                                             Case No.:
                                                  1:19−cv−18597−RMB−SAK

                                                  Judge Renee Marie Bumb

NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.

                              Defendant.

**Dear Lori Knox:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                                  Very truly yours,

                                                  William T. Walsh, Clerk
                                                  By Deputy Clerk, dmr