

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

December 23, 2022

***Via ECF Only***
Judge Sharon A. King, U.S.M.J.
U.S. District Court, District of NJ – Camden
401 Market Street
Camden, NJ 08101

    Re:  Skelton, Raymond v. Hicks, et al.
         Docket No.: 19-cv-18597 (RMB-SAK)

Dear Judge King:

    Our office represents the Defendant, Marcus Hicks, in the above referenced matter. Our office previously entered an appearance for Marcus Hicks (See ECF No. 8) when the original complaint was filed on October 2, 2019 (See ECF No. 1). On December 15, 2022, Plaintiff's counsel filed an amended complaint adding 17 (seventeen) new defendants in this matter. See ECF No. 44. We write this letter to respectfully request an extension for Defendant Marcus Hicks to respond to the newly amended complaint, until the first response to the newly amended complaint by any of the newly named defendants will be due.

    On December 21, 2022, Plaintiff's counsel emailed our office waivers of service for all of the newly named defendants, and for our office to respond within thirty (30) days. Our office will first have to confirm with each newly named defendant whether they will waive service, and if any do not we will advise Plaintiff so that those defendants may be served pursuant to the Federal Court Rules. Therefore, the Marcus Hicks respectfully request an extension to respond to the amended complaint until the first response will be due. Plaintiff's counsel consents to this request, as the parties wish to streamline this process in an effort not to duplicate efforts and also in an effort not to waste the Court's time. Thank you for your time and consideration.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

December 23, 2022
Page 2

Respectfully Submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:  */s/ Daniel S. Shehata*
     Daniel S. Shehata
     Deputy Attorney General

cc: via ECF (all counsel of record)


**SO ORDERED** this **27th** day of **December, 2022**

by _Sharon A. King_
**SHARON A. KING**
**United States Magistrate Judge**