Keith Altman (*pro hac vice*)
Solomon Radner (P73653)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
Email: solomonradner@kaltmanlaw.com
*Attorneys for Plaintiffs and The Class*

[ECF No. 49]

# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON, | Civil Action No. 1:19-cv-18597-RMB-SAK |
| *Plaintiff,* | |
| v. | |
| | ***DOCUMENT FILED ELECTRONICALLY*** |
| VICTORIA L. KUHN, et al., | |
| *Defendants.* | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff, Raymond Skelton, having moved for an unopposed extension of time to effect service on Defendants; and the Court being fully advised of the premises,

**IT IS HEREBY ORDERED** that Plaintiff's motion [ECF No. 49] is **GRANTED**. Plaintiff shall have to and including May 1, 2023 to serve Defendants with the Second Amended Class Action Complaint.

Dated: 3/9/23

*Sharon A. King*
SHARON A. KING
United States Magistrate Judge