Civil Action No.    **1:19-CV-18597-RMB-SAK**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Juliette Ekemezie**
was recieved by me on  **3/24/2023:**

- [X] I personally served the summons on the individual at **5 Dunham Lane, Mount Holly, NJ 08060** on **03/24/2023 at 9:13 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   03/24/2023

*Server's signature*

**Mitchell Miller**
*Printed name and title*

**612 Woodhollow Dr
Marlton, NJ 08053**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Juliette Ekemezie with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black female contact 55-65 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**




Tracking #: **0103467640**