AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:19-CV-18597-RMB-SAK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **James Crackovich**
was recieved by me on  **3/21/2023:**

[X]  I personally served the summons on the individual at **18 Maple Avenue, Shiloh, NJ 08353** on **03/29/2023 at 6:25 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 123.00** for services, for a total of **$ 123.00**.

I declare under penalty of perjury that this information is true.

Date:  03/31/2023

*Server's signature*

**Doug Osmundsen**
*Printed name and title*

**25 Sand Castle Dr
Cape May Court House, NJ 08210**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to James Crackovich with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 55-65 years of age, 5'6" -5'8" tall and weighing 200-240 lbs.  stated he was aware of the lawsuit.**




Tracking #: **0103866261**