Civil Action No.   **1:19-CV-18597-RMB-SAK**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Gabriel Guaciaro**
was recieved by me on  **3/28/2023**:

- [X]  I personally served the summons on the individual at **1794 S Main Road, Vineland, NJ 08360** on **03/29/2023 at 4:24 PM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   03/30/2023

_____
*Server's signature*

**Doug Osmundsen**
*Printed name and title*

**25 Sand Castle Dr
Cape May Court House, NJ 08210**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Gabriel Guaciaro with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0103764849**

