AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:19-CV-18597-RMB-SAK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Patricia Esch**
was recieved by me on  **3/21/2023:**

[X]   I personally served the summons on the individual at **200 Shire Road, Milford, NJ 08848** on **04/02/2023 at 5:24 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 123.00** for services, for a total of **$ 123.00**.

I declare under penalty of perjury that this information is true.

Date:   04/02/2023

*Server's signature*

**Roger Thomas Rohrbach**
*Printed name and title*

**7206 Whispering Lane**
**Slatington, PA 18080**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Patricia Esch with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0103939555**