AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:19-CV-18597-RMB-SAK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Sylvia Brunson**
was recieved by me on  **3/31/2023:**

[X]   I personally served the summons on the individual at **RIVER HEIGHTS, 28 YORK DR APT 2A, EDISON, NJ 08817** on **04/03/2023 at 3:58 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  04/03/2023

*Server's signature*

**Michael Weinshenker**
*Printed name and title*

**30 Tamara Drive**
**Roosevelt, NJ 08555**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Sylvia Brunson with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact over 65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**





Tracking #: **0103983718**