MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
*Attorney for Defendant, Marcus O. Hicks*

By:  Daniel S. Shehata
     Deputy Attorney General
     (609)376-2998
     Daniel.Shehata@law.njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY - CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON,<br><br>       Plaintiff,<br><br>       v.<br><br>MARCUS O. HICKS, ET AL.,<br><br>       Defendants. | HON. RENEE MARIE BUMB, U.S.D.J.<br>HON. SHARON A. KING, U.S.M.J.<br><br>Civil Action No. 19-CV-18597<br><br>**SUBSTITUTION OF ATTORNEY** |

**TO:  Clerk of the Court
      United States District Court
      District of New Jersey**

**PLEASE TAKE NOTICE** that the undersigned hereby consents to the substitution of Daniel S. Shehata, Deputy Attorney General, as attorney of record for Defendant, Marcus O. Hicks, thereby terminating the appearance of Michael E. Vomacka, Deputy Attorney General.

**PLEASE TAKE FURTHER NOTICE** that all future court notices should be directed to Deputy Attorney General, Daniel S. Shehata.

-2-

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Daniel S. Shehata
    Daniel S. Shehata
    Deputy Attorney General
    Substituting Attorney

**DATED:** April 26, 2023