

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

April 26, 2023

***Via ECF Only***
Judge Sharon A. King, U.S.M.J.
U.S. District Court, District of NJ – Camden
401 Market Street
Camden, NJ 08101

    Re:  Skelton, Raymond v. Hicks, et al.
         Docket No.: 19-cv-18597 (RMB-SAK)

Dear Judge King:

    Our office represents the Defendant, Marcus Hicks, in the above referenced matter. Our office previously entered an appearance for Marcus Hicks (See ECF No. 8) when the original complaint was filed on October 2, 2019 (See ECF No. 1). On December 15, 2022, Plaintiff's counsel filed an amended complaint adding 17 (seventeen) new defendants in this matter. See ECF No. 44. On December 23, 2022, the undersigned filed a letter seeking an extension to respond in light of all of the defendants, and in an effort to streamline the process.

    As of April 19, 2023, Plaintiff's counsel has advised that all but five (5) of the defendants have been served. We informed Plaintiff's counsel on April 24, 2023 that three additional defendants have waived service, and two remain to be served. The two defendants who remain to be served are Jamil Howard and Candyce Myers.

    We write this letter to respectfully request an extension for those served with the complaint to respond on or before June 27, 2023. Plaintiff's counsel has consented to this request. Our office respectfully requests this extension as each of the defendants served will have to request representation, then we will have to perform our routine conflict checks for each of the defendants prior to confirming representation. We have already



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

started this process, and performed several conflict checks, but have not finished with all of the conflict checks.

The parties wish to streamline this process in an effort not to duplicate efforts through the filings of multiple responses to the amended complaint, and also to serve judicial economy.

Therefore, we respectfully request an extension for those served with the complaint to respond on or before June 27, 2023. Thank you for your time and consideration.

Respectfully Submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:  */s/ Daniel S. Shehata*
     Daniel S. Shehata
     Deputy Attorney General

cc: via ECF (all counsel of record)