Keith Altman (*pro hac vice*)
Solomon Radner (P73653)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
Email: solomonradner@kaltmanlaw.com
*Attorneys for Plaintiffs and The Class*

**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND SKELTON, | Civil Action No. 1:19-cv-18597-RMB-SAK |
| *Plaintiff,* | |
| v. | **DOCUMENT FILED ELECTRONICALLY** |
| VICTORIA L. KUHN, et al., | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

Plaintiff, Raymond Skelton, having moved for an unopposed extension of time to effect service on Defendants, and the court being fully advised of the premises,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall have to and including June 27, 2023 to serve Defendants the Second Amended Class Action Complaint.

Dated: _____        _____
                                                                        The Honorable Renée Marie Bumb
                                                                        Chief, United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2023, a copy of the forgoing document was served via this Court's CM/ECF system upon all counsel of record.

/s/ Solomon M. Radner