UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                              Proceeding Date:  May 1, 2023

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

Title of Case:
SKELETON                                                    Docket: 19-18597(RMB)
      Vs
HICKS

Appearances:
Keith Altman, Esq. for plaintiff
Daniel Shehata, Esq for deft.

Nature of Proceedings:    TELEPHONE STATUS CONFERENCE
                                   (On the Record)

Time Commenced:  3:30  pm    Time Adjourned:  3:41 pm    Total Time:  11 Minutes

                                                s/ Marnie Maccariella
                                                   DEPUTY CLERK


Cc: Chambers