THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

RAYMOND SKELTON,

        Plaintiff,

v.

NEW JERSEY DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.

Civil No. 19-18597 (RMB/SAK)

## ORDER

This Order confirms the directives given to counsel at the status conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **May 1, 2023**; and the Court noting the following appearances: **Keith Altman, Esquire**, appearing on behalf of Plaintiff; and Deputy Attorney General **Daniel S. Shehata**, appearing on behalf of Defendant Marcus O. Hicks; and for good cause shown;

IT IS this **2nd** day of **May, 2023**, hereby **ORDERED**:

1. The Clerk shall **REOPEN** this action.

2. Plaintiff's motion to extend the time to serve remaining defendants [ECF No. 61] is **DENIED**.

3. Plaintiff's oral application for leave to file a motion for alternative service is **GRANTED**. Plaintiff's motion shall be filed by **June 2, 2023**.

4. Defendants' letter application [ECF No. 58] is **GRANTED** to the extent that Defendants may file late responses to Plaintiff's Second Amended Complaint. The application is **DENIED** to the extent that Defendants seek to file their responses by June 27, 2023. Responses to Plaintiff's Second Amended Complaint shall be filed by **June 2, 2023**.

                                                  s/ Sharon A. King
                                                  SHARON A. KING
                                                  United States Magistrate Judge

cc: Hon. Renée M. Bumb, C.U.S.D.J.