Keith Altman (*pro hac vice)*
Solomon Radner (P73653)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
Email: solomonradner@kaltmanlaw.com
*Attorneys for Plaintiffs and The Class*

### IN THE UNITED STATE DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SKELTON, | ) Civil Action No. 1:19-cv-18597-RMB-SAK |
| *Plaintiff,* | ) |
| v. | ) |
| | ) ***DOCUMENT FILED*** |
| | ) ***ELECTRONICALLY*** |
| VICTORIA L. KUHN, et al., | ) |
| *Defendants.* | ) |

_____

### PLAINTIFF'S MOTION FOR SERVICE BY ALTERNATIVE METHOD

Plaintiff, Raymond Skelton, by and through his attorney, Keith Altman, Esq.,

moves this Honorable Court to allow service of process upon Defendant, Candice

Myers and Jamil Howard, by alternative method pursuant to and in accordance with

Fed. R. Civ. P. 4(e)(1). In support of this Motion Plaintiff relies upon the supportive

affidavit submitted herein.

Dated: May 4, 2023

Respectfully Submitted,

/s/Keith Altman
Keith Altman, Esq. (*pro hac vice*)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com


/s/ Solomon Radner
Solomon Radner (P73653)
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I served the foregoing document upon all parties by filing this document on this court's CM/ECF electronic filing system which will send a true copy to all counsel of record.

/s/ Solomon M. Radner
*Attorney for Plaintiffs and the Class*

2