```
MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
```
*Attorney for Defendants, Kuhn, Bonds, Branganza, Frank, Nardelli, Hicks, Esch, Davanzio, Marcucci, Motley, Guaciaro, Brunson, O'Connell, Jimenez, Ekemezie, and Crackovich*

```
By:  Daniel S. Shehata
     Deputy Attorney General
     (609) 376-2998
     Daniel.Shehata@law.njoag.gov
```

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF CAMDEN**

| | |
|---|---|
| RAYMOND SKELTON,<br><br>       Plaintiff,<br>  v.<br><br>VICTORIA KUHN, et al.,<br><br>       Defendants. | Civil Action<br><br>**Docket No. 1:19-CV-18597**<br><br>**NOTICE OF APPEARANCE**<br>**(ELECTRONICALLY FILED)** |

TO:  CLERK OF THE COURT (*via CM/ECF*)

  ALL COUNSEL OF RECORD (*via CM/ECF*)

**PLEASE TAKE NOTICE** that MATTHEW J. PLATKIN, Attorney General of New Jersey, by Daniel S. Shehata, Deputy Attorney General, is hereby designated as counsel for Defendants *Kuhn, Bonds, Branganza, Frank, Nardelli, Hicks, Esch, Davanzio, Marcucci, Motley, Guaciaro, Brunson, O'Connell, Jimenez, Ekemezie, and Crackovich*; AND

**PLEASE TAKE FURTHER NOTICE** that a copy of all future court notices should be directed to DAG Daniel Shehata, and correspondence should be addressed as follows:

>DAG Daniel Shehata
>Office of the Attorney General
>R.J. Hughes Justice Complex
>25 Market Street
>P.O. Box 112
>Trenton, New Jersey 08625-0112
>Daniel.Shehata@law.njoag.gov

                                MATTHEW J. PLATKIN
                                ATTORNEY GENERAL OF NEW JERSEY

By:  */s/ Daniel Shehata*
      Daniel Shehata
      Deputy Attorney General

DATED:  May 22, 2023