AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:19-CV-18597-RMB-SAK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Candice Myers**
was recieved by me on **5/19/2023**:

- [X]  I personally served the summons on the individual at **Mid-State Correctional Facility, 8401 Range Rd, Fort Dix, NJ 08640** on **05/26/2023 at 9:15 AM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   05/30/2023

_____
*Server's signature*

**Shanese Ann Bello**
*Printed name and title*

**12 Holmes Lane**
**Willingboro, NJ 08046**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Candice Myers with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  She wore a shirt green jacket.  Her hair is in honey blond locks, twisted with small rubber bands on the ends. She stated her name was spelled incorrectly. I wanted a little over an hour for her to come down to the front of the prison.**




Tracking #: 0107467775